NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INVISTA NORTH AMERICA S.A.R.L.,**
*Plaintiff-Appellee,*

**AND**

**AURIGA POLYMERS INC.,**
*Plaintiff-Appellee,*

v.

**M&G POLYMERS USA LLC AND
M&G USA CORPORATION,**
*Defendants-Appellants.*

---

2014-1432

---

Appeal from the United States District Court for the District of Delaware in No. 1:11-cv-01007-SLR-CJB, Judge Sue L. Robinson.

---

**JUDGMENT**

---

MEGAN D. DORTENZO, Thompson Hine LLP, of Cleveland, Ohio, argued for defendants-appellants. With her on the brief was ARTHUR P. LICYGIEWICZ. Of counsel on the brief were WILLIAM P. ATKINS and CHRISTOPHER K.

DORSEY, Pillsbury Winthrop Shaw Pittman LLP, of McLean, Virginia.

WILLIAM J. MARSDEN, JR., Fish & Richardson P.C., of Wilmington, Delaware, argued for plaintiffs-appellees. With him on the brief for INVISTA North America S.a.r.l. were DOUGLAS E. MCCANN, MARTINA TYREUS HUFNAL, ROBERT M. OAKES, and MICHELLE NEROZZI-ANKENBRAND. On the brief for Auriga Polymers Inc. were JOHN W. SHAW and JEFFREY T. CASTELLANO, Shaw Keller LLP, of Wilmington, Delaware.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* NEWMAN and HUGHES, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

August 13, 2014          /s/ Daniel E. O'Toole
Date                                    Daniel E. O'Toole
                                              Clerk of Court